UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS – SHERMAN DIVISION

| | |
|---|---|
| PULTE HOMES, INC., a Georgia corporation; and PULTE HOMES OF TEXAS, L.P., a Texas corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERISURE INSURANCE COMPANY, a Michigan corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; MARYLAND CASUALTY COMPANY, a Maryland corporation; OHIO CASUALTY INSURANCE COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. 4:17-cv-00613-ALM<br>Judge:  Hon. Amos L. Mazzant, III<br><br>**JURY DEMANDED** |

**JOINT STIPULATION TO DISMISS**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Pulte Homes, Inc., and Pulte Homes of Texas, L.P. (collectively, "Pulte"), and Defendants Amerisure Mutual Insurance Company (incorrectly named as Amerisure Insurance Company) (hereinafter "Amerisure"), Zurich American Insurance Company (as successor in interest to Maryland Casualty Company) ("Zurich"), and The Ohio Casualty Insurance Company ("Ohio") (collectively the "Defendants") (Pulte and Defendants are collectively the "Parties") by and through their respective counsel, hereby stipulate and agree as follows.

1. Pulte's claims against the Defendants shall be dismissed with prejudice; and
2. The Parties shall bear their own costs, expenses and attorney fees.

Dated: March 23, 2021

            */s/ Nathan A. Cazier*
AMY R. PATTON
Texas State Bar No. 24000740
SCOTT S. THOMAS *(Pro Hac Vice)*
California State Bar No. 106720
NATHAN A. CAZIER *(Pro Hac Vice)*
California State Bar No. 241744
**PAYNE & FEARS LLP**
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100

Attorneys for Plaintiffs **PULTE HOMES, INC. and PULTE HOMES OF TEXAS, L.P.**

Dated: March 23, 2021

            */s/ Mark D. Tillman*
MARK D. TILLMAN
State Bar No. 00794742
ELIZABETH KNIGHT
State Bar No. 24065566
**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720

Attorneys for Defendant **THE OHIO CASUALTY INSURANCE COMPANY**

Dated: March 23, 2021

            */s/ Alicia G. Curran*
ALICIA G. CURRAN
Texas State Bar No. 12587500
**COZEN O'CONNOR**
1717 Main Street, Suite 3100
Dallas, Texas 75201
Telephone: (214) 462-3000

Attorneys for Defendant **ZURICH AMERICAN INSURANCE COMPANY**

Dated: March 23, 2021

                                       */s/ Julie A. Shehane*
R. BRENT COOPER
State Bar No. 04783250
JULIE A. SHEHANE
State Bar No. 24048794
**COOPER & SCULLY, P.C.**
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500

Attorneys for Defendant **AMERISURE MUTUAL INSURANCE COMPANY (INCORRECTLY NAMED AS AMERISURE INSURANCE COMPANY, A MICHIGAN CORPORATION)**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of March, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Nathan A. Cazier*
NATHAN A. CAZIER

4822-1490-6847.4