IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PULTE HOMES, INC., a Georgia corporation; and PULTE HOMES OF TEXAS, L.P., a Texas corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMERISURE INSURANCE COMPANY, a Michigan corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; MARYLAND CASUALTY COMPANY, a Maryland corporation; OHIO CASUALTY INSURANCE COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Civil Action No. 4:17-cv-00613-ALM |

## ORDER GRANTING STIPULATION TO DISMISS

Before the Court is the parties' Joint Stipulation to Dismiss (Dkt. #97). The Court finds the parties' Joint Stipulation should be accepted by the Court.

It is therefore **ORDERED** that Plaintiffs Pulte Homes, Inc., and Pulte Homes of Texas, L.P.'s claims against and Defendants Amerisure Mutual Insurance Company (incorrectly named as Amerisure Insurance Company), Zurich American Insurance Company (as successor in interest to Maryland Casualty Company), and The Ohio Casualty Insurance Company are dismissed with prejudice. All parties bear their own attorneys' fees and costs.

All relief not previously granted is hereby denied, and the Clerk is directed to close this civil action.

    IT IS SO ORDERED.
    SIGNED this 25th day of March, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE